RECEIVED
SEP 02 2014
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Dave Mager
10121 Page Road
Streetsboro, Ohio 44241

------------------------

Clerk of the Court                                                                August 30, 2014
Clarkson S. Fisher Building & U.S. Courthouse
United States District Court for the District of New Jersey
402 East State Street, Room 2020
Trenton, NJ 08608

Re:   *Mirakay v. Dakota Growers Pasta Company, Inc.*
      Case No. 3:13-cv-04429-JAP-LHG - OBJECTION TO SETTLEMENT

Dear Sir or Madam:

I am a class member in the above case because I purchased several Dreamfields products at the Heinen's store in Aurora, Ohio between February 2004 and July 1, 2014 that had labels referring to "glycemic index" or "digestible carbs". (I'd have to go through my old records to get more specific than that.) I have three problems to the settlement. First of all, this case was settled only a few months after the complaint was filed. That means the lawyers haven't worked that many hours or spent lots of money. Yet they still think they deserve almost *40%* of the money! I bet their share will be even higher of the claims actually paid. But if claims go over $5 million, class members get less, that's just not right. That seems one-sided to me. Second, if the manufacturer's claims about their product being healthier aren't true, why not remove the labeling *permanently*? The notice makes it sound like they're only on hold for a year. Third, why make it so hard to submit a claim? How is anybody supposed to remember which products they purchased, the dates they were purchased, and where? Hindsight may be 20-20, but not when it comes to shopping! I won't be attending the fairness hearing, but I did want to get my two cents in. The reason I'm so upset is I TRUSTED this product because my wife at the time was hypoglycemic and needed to be careful of what she ate ,but now she is diabetic.

Dave Mager
Dave Mager

David Mager
10121 Page Rd.
Streetsboro, OH 44241

7013 1710 0001 0325 9671



U.S. POSTAGE
PAID
STREETSBORO, OH
44241
AUG 30, 14
AMOUNT
$3.79
00057620-12

Clerk of the Court
Clarkson S. Fisher Building & U.S. Courthouse
United States District Court for the District of New Jersey
402 East State Street  Room 2020
Trenton, NJ  08608