UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH MIRIKAY, LOUIS MESSINA, MICAHEL ELEFTREAKIS & JOHN GEMBINSKI, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs<br><br>　　　　vs.<br><br>DAKOTA GROWERS PASTA COMPANY, INC.; GLENCORE XSTRATA; and VITERRA, INC.,<br><br>　　　　　Defendants | Case No.: 3:13-cv-04429-JAP-LHG |

### ENTRY OF APPEARANCE

To Clerk of Court:

Kindly enter the appearance of John A. O'Connell, on behalf of Objectors Keith Rothman, George Greatrex, Chrissie Greatrex, Emily Greatrex, William Polouze and Nanette Forte-Gerst, in connection with the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　　　BOCHETTO & LENTZ, P.C.

DATED: September 2, 2014　　　By:　　s/ *John A. O'Connell*
　　　　　　　　　　　　　　　　　　　　　　JOHN A. O'CONNELL

　　　　　　　　　　　　　　　　　　Bochetto & Lentz, P.C.
　　　　　　　　　　　　　　　　　　1230 Brace Road
　　　　　　　　　　　　　　　　　　Cherry Hill, NJ 08002
　　　　　　　　　　　　　　　　　　Ph: (856) 722-9595
　　　　　　　　　　　　　　　　　　E-mail: joconnell@bochettoandlentz.com
　　　　　　　　　　　　　　　　　　*Attorneys for six certain class Members, Keith Rothman, William Pelouze, George Greatrex, Chrissie Greatrex, Emily Greatrex and*