# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH MIRAKAY, LOUIS MESSINA MICHAEL ELEFTERAKIS & JOHN GEMBINSKI, on behalf of themselves and Others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>DAKOTA GROWERS PASTA COMPANY, INC.; GLENCORE XSTRATA; and VITERRA, INC.,<br><br>      Defendants. | Case No. 13-cv-04429-JAP-LHG<br><br>**RETURN DATE: September 24, 2014** |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION
## FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that, on September 24, 2014 at 10:00 a.m. or as soon thereafter as counsel may be heard, Plaintiffs Joseph Mirakay, Louis Messina Michael Elefterakis and John Gembinski (collectively "Plaintiffs") shall move before the Honorable Joel A. Pisano at the United States District Court for the District of New Jersey, Courtroom #1, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an order approving the class action settlement with Defendant Dakota Growers Pasta Company, Inc.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Plaintiffs will rely upon the accompanying Memorandum of Law and Declarations of Thomas J. Maronick, Shannon Wheatman and April Hyduk. Pursuant to L. Civ. R. 78.1(b), Plaintiffs request oral argument.

Date: September 10, 2014

Respectfully submitted,

*s/ Daniel Gluck*
Daniel Gluck
John Zaremba
**ZAREMBA BROWNELL & BROWN, PLLC**
40 Wall Street
New York, NY 10005
Telephone: (212) 380-6700
Email: jzaremba@zbblaw.com

Brian D. Penny
**GOLDMAN SCARLATO KARON & PENNY, P.C.**
101 E. Lancaster Ave, Suite 204
Wayne, PA 19087
Telephone: (484) 342-0700
Facsimile: (484) 580-8747
Email: penny@gskplaw.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

        Charles W. Branham, III
        **BRANHAM LAW GROUP, LLP**
        3900 Elm Street
        Dallas, TX 75226
        Telephone: (214) 722-5990
        Facsimile: (214) 722-5991
        Email: tbranham@branhamlawgroup.com