# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH MIRAKAY, LOUIS MESSINA, MICHAEL ELEFTERAKIS & JOHN GEMBINSKI, on behalf of themselves and Others similarly situated, <br><br> Plaintiffs <br><br> Vs. <br><br> DAKOTA GROWERS PASTA COMPANY, INC.; GLENCORE XSTRATA; and VITERRA, INC. <br><br> Defendants. | Case No. 13-cv-04429-JAP-LHG <br><br><br> RECEIVED <br> NOV 03 2014 <br> AT 8:30 _____ M <br> WILLIAM T. WALSH <br> CLERK |

## NOTICE OF APPEAL

Notice is hereby given that Objector Dawn Weaver hereby appeals to the Court of Appeals for the Third Circuit from the Opinion (Docket No. 80) and Final Judgment and Order (Docket No. 81), entered on October 20, 2014.

Dated: October 31, 2014

Respectfully submitted,

By: _____
Dawn Weaver
208 Via Morello
Encinitas, CA 92024
(858) 829-3659
Email: weavdm@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I mailed the foregoing Notice of Appeal via U.S. Mail, postage prepaid, to the following:

**Settlement Class Counsel**
Brian D. Penny
Goldman Scarlato Karon & Penny, P.C.
101 East Lancaster Avenue, Suite 204
Wayne, PA 19087

William B. Federman
Federman & Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120

**Defendant's Counsel**
Michael W. Davis
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

By: _____
Dawn Weaver

2



FROM: Dawn Weaver
208 Via Morello
Encinitas, CA 92024

TO:

Clerk of the Court
Clarkson S. Fisher Building & U.S. Courthouse
United States District Court for the District of New Jersey
402 East State Street, Room 2020
Trenton, NJ 08608



EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

