# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH MIRAKAY, LOUIS MESSINA, MICHAEL ELEFTERAKIS & JOHN GEMBINSKI, on behalf of themselves and Others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>DAKOTA GROWERS PASTA COMPANY, INC.; GLENCORE XSTRATA; and VITERRA, INC.,<br>            Defendants. | Case No. 13-cv-04429-JAP-LHG<br><br>**RETURN DATE: December 1, 2014** |

## NOTICE OF PLAINTIFFS' MOTION FOR APPEAL BOND

**PLEASE TAKE NOTICE** that, on December 1, 2014, or as soon thereafter as counsel may be heard, Plaintiffs Joseph Mirakay, Louis Messina, Michael Elefterakis, John Gembinski, and Jesse Weiss (collectively "Plaintiffs") shall move before the Honorable Joel A. Pisano at the United States District Court for the District of New Jersey, Courtroom #1, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order for Appeal Bond.

PLEASE TAKE FURTHER NOTICE that in support of their motion, Plaintiffs will rely upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Appeal Bond and the Declaration of Tore Hodne.

Date: November 13, 2014         Respectfully submitted,

/s/ *Daniel Gluck*
Daniel Gluck
John Zaremba
ZAREMBA BROWNELL & BROWN, PLLC
40 Wall Street
New York, NY 10005
Tel:     (212) 380-6700
Email: dgluck@zbblaw.com
Email: jzaremba@zbblaw.com

Brian D. Penny
GOLDMAN SCARLATO KARON & PENNY, P.C.
101 E. Lancaster Ave, Suite 204
Wayne, PA 19087
Telephone: (484) 342-0700
Facsimile: (484) 580-8747
Email: penny@gskplaw.com

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
405.235.1560 (*telephone*)
405.239.2112 (*facsimile*)
Email: wbf@federmanlaw.com
Charles W. Branham, III
BRANHAM LAW GROUP, LLP
3900 Elm Street
Dallas, TX  75226
Phone: 214.722.5990
Fax: 214.722.5991
Email: tbranham@branhamlawgroup.com

*Counsel for Plaintiffs*