THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH MIRAKAY, LOUIS MESSINA, MICHAEL ELEFTERAKIS & JOHN GEMBINSKI, on behalf of themselves and Others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>DAKOTA GROWERS PASTA COMPANY, INC.; GLENCORE XSTRATA; and VITERRA, INC.,<br><br>      Defendants. | Case No. 3:13-cv-04429-JAP-LHG |

## DECLARATION OF TORE HODNE
## REGARDING ADMINISTRATION COSTS

Tore Hodne, declares and states as follows:

1.  I am a Senior Project Administrator at Rust Consulting, Inc. ("Rust"). Rust was retained by Class Counsel as the Settlement Administrator to administer the Settlement, pursuant to ¶ 11 of the Settlement Agreement and General Release dated April 3, 2014 (the "Settlement Agreement") in connection with the settlement obtained in the above-titled action (the "Action"). I have the responsibility for overseeing all aspects of the notice and claims administration services performed by Rust with respect to the Settlement.

2.  I respectfully submit this Declaration in order to provide the Court and the Parties to the above-captioned litigation with information regarding the estimated costs of administration. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently hereto.

3.	In the event that the Settlement Approval is delayed due to appeals it is estimated that the costs to maintain the website, toll free number and the other administrative activities to be approximately $34,000 to $39,000 annually. This estimate is based on a low level of activity during this time.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of November, 2014 in Minneapolis, Minnesota.

_____
Tore Hodne