CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2014 NOV 18 AM 10 53

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MIRAKAY, et al.,

DAKOTA GROWERS PASTA CO., INC.

No. 3:13-cv-04429-JAP-LHG

# NOTICE OF APPEAL
## CLASS MEMBER/OBJECTOR DAVE MAGER

Class member/Objector Dave Mager hereby appeals to the United States Court of Appeals for the Third Circuit from the following orders and judgments of this Court:

(1) Order and Opinion Granting Plaintiffs' Final Motion for Settlement Approval and Plaintiffs' Motion for Attorneys' Fee and Reimbursement of Litigation Expenses (Dkt.#80) entered in this action on October 20, 2014.

(2) Final Judgment and Order Approving the Settlement as Fair, Reasonable and Adequate; Certifying the Class for Settlement Purposes; Appointing Plaintiffs as Class Representatives; Binding All Class Members Who Did Not Timely Exclude Themselves; Approving the Plan of Distribution; Awarding Attorneys' Fees and Litigation Expenses; and Dismissing the Litigation With Prejudice (Docket#81) entered in this action on October 20, 2014.

Respectfully submitted,

Dave Mager

Dave Mager
10121 Page Road
Streetsboro, Ohio 44241
Tel: (330) 626-4590
Fax: (330) 266-7676
Appearing Pro Se

## NOTICE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served upon the following parties by ordinary U.S. Mail, postage prepaid, on November 15, 2014:

| CLERK OF THE COURT | SETTLEMENT CLASS COUNSEL | DEFENDANT'S COUNSEL |
|---|---|---|
| Clerk of the Court<br>Clarkson S. Fisher Building & U.S. Courthouse<br>United States District Court for the District of New Jersey<br>402 East State Street<br>Room 2020<br>Trenton, NJ 08608 | Brian D. Penny<br>Goldman Scarlato Karon & Penny, P.C.<br>101 East Lancaster Avenue, Suite 204<br>Wayne, PA 19087<br><br>William B. Federman<br>Federman & Sherwood<br>10205 North Pennsylvania Avenue<br>Oklahoma City, OK 73120 | Michael W. Davis<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 |

Dave Mager

2

**MAGER**

DAVE & MONICA MAGER
10121 Page Road Streetsboro, OH 44241

Clerk of the Court Clarkson S. Fisher Building US Courthouse
United States District Court for the
District of New Jersey 402 East State St
Room 2020
Trenton N.J. 08608