# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-4420

Joseph Mirakay, et al v. Dakota Growers Pasta Company I, et al

(Originating Case No. 3-13-cv-04429)

## O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: December 11, 2014

cc:
Elizabeth M. Chiarello Esq.
William B. Federman Esq.
Robert N. Hochman Esq.
J. Darrell Palmer Esq.
Brian D. Penny Esq.
Theodore R. Scarborough Esq.

**A True Copy:**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.