# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-4515

Joseph Mirakay, et al v. Dakota Growers Pasta Co Inc, et al

(Originating Case No. 3-13-cv-04429)

## O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: December 12, 2014

cc:
Elizabeth M. Chiarello Esq.
William B. Federman Esq.
Dave Mager

**A True Copy:**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.