

# Zaremba Brownell & Brown PLLC

www.zbblaw.com

The Trump Building · 40 Wall Street, 27th Floor · New York, New York 10005 · Main: 212.380.6700 · Fax: 212.871.6395

**Helina Manesis, Esq.**
Direct Line: 646-626-5851
E-Mail:    hmanesis@zbblaw.com

December 15, 2014

**VIA E-FILE**
Honorable Judge Joel A. Pisano
United States District Court
District Of New Jersey
402 East State Street
Trenton, NJ 08608

So ordered
[signature] /15/14

Re:  *Mirakay et al v. Dakota Pasta Growers Co. et al*
     Case Number.:  13-CV-04429

Dear Honorable Judge Pisano:

We are class counsel in the above-captioned case. The objectors' appeals in this matter have been dismissed. As such, we are withdrawing our two pending bond motions (documents 85 and 88) as moot.

Thank you for your consideration in this matter.

Very truly yours,

ZAREMBA BROWNELL & BROWN PLLC

By: [signature]
Helina Manesis, Esq.

RECEIVED

DEC 16 2014

AT 8:30_____M
WILLIAM T. WALSH
CLERK